# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK O'DELL | 1:09cv01921 OWW DLB |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE COMPLETE APPLICATION TO PROCEED IN FORMA PAUPERIS **OR** PAY FILING FEE OF $350.00 |
| v. | |
| INYO COUNTY COMMISSIONER, et al., | |
| Defendants. | |

    Plaintiff Patrick O'Dell ("Plaintiff") is proceeding pro se in this action. Plaintiff filed his complaint on November 2, 2009, along with his application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff's application indicates that he is employed, but does not state the amount of his take home pay, as requested. Without such information, the Court cannot rule on Plaintiff's application to proceed in forma pauperis.

    Accordingly, Plaintiff is ORDERED to file a complete application to proceed in forma pauperis, **OR** pay the filing fee of $350.00, within thirty (30) days of the date of service of this order. The Clerk of Court SHALL send Plaintiff a blank application to proceed in forma pauperis.

   IT IS SO ORDERED.

   Dated:   **November 5, 2009**         /s/ Dennis L. Beck
                                                       UNITED STATES MAGISTRATE JUDGE