# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PATRICK O'DELL | ) | 1:09cv01921 OWW DLB |
| | ) | |
| Plaintiff, | ) | ORDER REQUIRING PLAINTIFF |
| | ) | TO SUBMIT STATUS REPORT |
| v. | ) | |
| INYO COUNTY COMMISSIONER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff Patrick O'Dell ("Plaintiff") is proceeding pro se in this action. When Plaintiff filed his complaint on November 2, 2009, he stated that he was not incarcerated. Pursuant to Court order, Plaintiff submitted an application to proceed in forma pauperis on March 29, 2010. According to the application, Plaintiff is now incarcerated at the Inyo County Jail. He states, however, that he is self-employed and earns $300 per week.

It is therefore unclear whether Plaintiff is incarcerated. While it does not affect the merits of Plaintiff's complaint, whether Plaintiff is incarcerated impacts how the Court handles the action from a procedural standpoint.

Accordingly, Plaintiff is ORDERED to submit a status report within thirty (30) days of the date of this order. Plaintiff must indicate whether he is incarcerated and if he is, for how long.

1  Failure to comply with this order will result in a recommendation that this action be
2  dismissed.

4  IT IS SO ORDERED.

5  Dated:   April 7, 2010            /s/ Dennis L. Beck
                                 UNITED STATES MAGISTRATE JUDGE