# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PATRICK O'DELL, | ) | 1:09cv01921 OWW DLB |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING FINDINGS |
| | ) | AND RECOMMENDATION |
| v. | ) | |
| | ) | (Document 6) |
| TERRY LEE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

     Plaintiff Patrick O'Dell ("Plaintiff"), appearing pro se and proceeding in forma pauperis, filed this action on November 2, 2009.

     On July 29, 2010, the Magistrate Judge issued Findings and Recommendation that the action be DISMISSED for Plaintiff's failure to prosecute. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days. On August 19, 2010, the Findings and Recommendation was returned to the Court by the United States Postal Service. The envelope was marked, "Undeliverable, Out of custody."

     Local Rule 183(b) requires that a party proceeding pro se notify the Court of a current address within 63 days of the date on which mail is returned to the Court. Sixty-three days have passed and Plaintiff has not been in contact with the Court.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations dated July 29, 2010, is ADOPTED IN FULL; and
2. The action is DISMISSED.

This terminates this action in its entirety.

IT IS SO ORDERED.

**Dated:   October 27, 2010**               /s/ Oliver W. Wanger
                                            UNITED STATES DISTRICT JUDGE